ALLAN E. JUNKER, ESQ., No. 199102
P.O. Box 3566
Oakhurst, CA 93644
Telephone: (559) 658-7747
Facsimile: (559) 658-7758
Attorney for Plaintiff SHELLEY MARTIN

KEVIN G. LITTLE, ESQ., No. 149818
2115 Kern Street, Suite 330
Fresno, California 93721
Telephone: (559) 486-5730
Facsimile: (559) 486-4759
Attorney for Plaintiff SHELLEY MARTIN

GREGORY P. ARAKAWA, ESQ., No. 159023
RICHARD W. FREEMAN, JR., ESQ., No. 50533
Wood, Smith, Henning & Berman LLP
1001 Galaxy Way, Suite 308
Concord, CA 94520-5735
Telephone: (925) 295-1141
Facsimile: (925) 295-1145
Attorneys for Defendant LCWK INTERNATIONAL INVESTMENTS, INC., dba DOUBLETREE HOTEL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| SHELLEY MARTIN,<br><br>      Plaintiff,<br><br>vs.<br><br>LCWK INTERNATIONAL INVESTMENTS, INC. dba DOUBLETREE HOTEL.<br><br>      Defendant. | Case No. CV-F-02-5248 SMS<br><br>STIPULATION OF DISMISSAL AND ORDER<br><br>FRCP 41 |

TO THE HONORABLE COURT:

   Pursuant to Federal Rules of Civil Procedure, Rule 41, Plaintiff SHELLEY MARTIN, through her undersigned counsel, hereby stipulates that dismissal with prejudice be entered in this matter as to all defendants. On July 21, 2005, plaintiff entered into a confidential

mediated settlement of all claims against the defendants, who were represented by the carrier Diamond States Insurance Company & Tower Risk Group.

IT IS SO STIPULATED:

Date: October 4, 2005.          /S/ Allan E. Junker
                                ALLAN E. JUNKER, Attorney for Plaintiff

Date: November 11, 2005.        /S/ Richard W. Freeman, Jr.
                                RICHARD W. FREEMAN, JR., Attorney for Defendant

IT IS SO ORDERED.

**Dated:   November 22, 2005**          /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE

CV-F-02-5248 SMS
MARTIN V. LCWK INTERNATIONAL INVESTMENTS, INC.
STIPULATION OF DISMISSAL AND ORDER
FRCP 41.                    2